1  
2  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
   5150 FAIR OAKS BLVD., SUITE 101
3  PMB #253
   CARMICHAEL, CA 95608-5758
4  TELEPHONE (916) 485-3516
   TELEFAX (916) 485-3516
5  
   Attorney for Plaintiff Scott N. Johnson
6  
7  
                    IN THE UNITED STATES DISTRICT COURT
8  
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9  
10 
   SCOTT N. JOHNSON                          )   **2:05-CV-00215-WBS-KJM**
11                                            )
              Plaintiff,                      )
12                                            )   **STIPULATED DISMISSAL and** *Proposed*
        vs.                                   )   **ORDER [FRCP 41(a)(1)]**
13                                            )
   George Edward Bushman, individually and as )
14                                            )
   TRUSTEE of the BUSHMAN 1985 Revocable )
15                                            )
   Intervivos Trust; Ruth L. Bushman,         )
16                                            )
   individually and as TRUSTEE of the         )
17                                            )
   BUSHMAN 1985 Revocable Intervivos Trust;   )
18                                            )
   and DOES 1 through 10, inclusive,          )
19                                            )
              Defendants.                     )
20                                            )
                                              )
21                                            )
   _____)
22 
23 
24      **IT IS HEREBY STIPULATED** by and between the parties to this action through their
25 designated counsel that this above-captioned action be and hereby dismissed with prejudice
26 pursuant to FRCP 41 (a)(1).
27 
28 

---

1

2:05-CV-00349-WBS-PAN                STIPULATED DISMISSAL and Proposed ORDER

**SO STIPULATED**

Dated: __May 2, 2005_____                LAW OFFICE OF BRANT GIRARD


/S/ by Scott N. Johnson
BRANT GIRARD, Attorney for Defendant Ruth L. Bushman, individually and as TRUSTEE of the BUSHMAN 1985 Revocable Intervivos Trust


Dated: _May 2, 2005_____                __/s/ Scott N. Johnson_____
SCOTT N. JOHNSON, Plaintiff, In Pro Per


**IT IS SO ORDERED**.

Dated:  May 2, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE